IN THE UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

IN RE: *
*
Janice Johnson, *
  * CASE NO. 13-04240
   Debtor *

## OBJECTION TO DEBTOR'S CHAPTER 13 PLAN

Comes now SAWYER FURNITURE, a Secured Creditor in this case and objects to the plan herein filed on the grounds that it does not provide adequate protection. Debtor purchased furniture from Creditor on November 13, 2013. The account payoff is $2,407.98 and the contract is less than 12 months old. The Creditor requests that the full amount owed be paid per the terms of the contract which calls for monthly payments in the amount of $188.21 including 26.35% interest.

/s/ J. Willis Garrett, III
J. WILLIS GARRETT, III
ATTORNEY FOR SAWYER FURNITURE
POST OFFICE BOX 16629
MOBILE, AL 36616-0629

## CERTIFICATE OF SERVICE

I do hereby certify that on the 22nd of January, 2014, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to:

Stephen L Klimjack LLC
1306 Government Street
Mobile, AL 36604

/s/ J. WILLIS GARRETT, III