**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| IN RE: | * | |
| | * | |
| JANICE JOHNSON | * | CASE NO. 13-04240 |
| | * | |
| Debtor | * | |

**NOTICE OF WITHDRAWAL OF DOCUMENT**

     Comes now SAWYER FURNITURE, a creditor and real party in interest in the above-styled proceeding and withdraws Document No. 18. SAWYER FURNITURE further shows that this document was filed in error.

Dated January 24, 2014.

                                  /s/ J. Willis Garrett, III

                                  J. WILLIS GARRETT, III
                                  ATTORNEY FOR SAWYER FURNITURE

OF COUNSEL:
GALLOWAY, WETTERMARK, EVEREST,
RUTENS & GAILLARD, L.L.P.
P.O. Box 16629
MOBILE, ALABAMA 36616