IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

In RE:                                   *
                                           *     CHAPTER 13:
ELMORE & JANICE JOHNSON,      *     Case No.:13-04240
                                           *
    Debtor,                           *
                                           *

**AMENDED SUMMARY OF AMENDMENTS**

Comes now the Debtor, by and through counsel, and hereby amend the Chapter 13 Plan filed December 4, 2013 as follows:

1. Paragraph # 2 (Preconfirmation Adequate Protection) of the plan is to be amended for Ford Motor Credit (2007 Ford F150) to change the adequate protection payment to $5.00 per month

2. Paragraph # 3 (Alternate Monthly Payment) of the plan is to be amended for Ford Motor Credit (2007 Ford F150) to change the alternate monthly payment to $5.00 per month.

3. Paragraph #5 (Secured Collateral) is to be amended for Ford Motor Credit (2007 Ford F150) to change the collateral value to $10,775.00 at 5% interest and to change the §1325 payment to $155.64 per month

March 18, 2014

4. Paragraph #5 (Secured Collateral) is to be amended for Ford Motor Credit (2007 Ford F150) to change the §1325 to $230.00 per month.

May 9, 2014

Respectfully Submitted,

                                                   /s/Stephen L. Klimjack
                                                 STEPHEN L. KLIMJACK

1

STEPHEN L. KLIMJACK, L.L.C.
1306 Government St.
Mobile, AL 36604
(251) 694-0600
(251) 694-0611 Fax

**CERTIFICATE OF SERVICE**

 I do hereby certify that on this the 9th day of May, 2014, a copy of the foregoing document was served on the Trustee, John C. McAleer, III via the Bankruptcy Court Electronic Filing System and to the following via U.S. Mail, postage prepaid

Ford Motor Credit
c/o Leonard Math
P.O. Box 230759
Montgomery, AL 36123

    /s/ Stephen L. Klimjack
    STEPHEN L. KLIMJACK

2