UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA

In Re:  Case Number:  13-04240-WSS-13

Elmore Johnson
Janice Johnson
    Debtor(s)

## ORDER TO INCREASE PLAN PAYMENTS

This matter is before the Court on Trustee's Motion to Increase Plan Payments. Notice of the motion was given and no objections have been filed. It appears to the Court that Debtor(s) plan payments should be increased.

It is ORDERED that the amount of the payments to be made by the Debtor(s) to the Chapter 13 Trustee are increased from **$450.00** per month to **$506.00** per month.

DATED: July 16, 2014

    /s/ WILLIAM S. SHULMAN
    Chief U. S. Bankruptcy Judge